UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, NORTHWEST LABORERS-EMPLOYERS TRAINING TRUST, and WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS,<br><br>Plaintiffs,<br><br>v.<br><br>YELM PROPERTY DEVELOPMENT LLC, doing business as C&C Development,<br><br>Defendant. | CASE NO. 2:24-cv-771<br><br>ORDER TO SHOW CAUSE |

The Court raises this matter on its own accord.

Plaintiffs Northwest Laborers-Employers Health & Security Trust, Western Washington Laborers-Employers Pension Trust, Northwest Laborers-Employers Training Trust, and Washington and Northern Idaho District Council of Laborers (the "Trusts") sued Defendant Yelm Property Development LLC on June 3, 2024.

ORDER TO SHOW CAUSE - 1

The Court issued summonses on June 5, 2024. To date, the Trusts have not filed an affidavit of service or demonstrated that they completed service of process. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejuidce against that defendant or order that service be made within a specified time.").

Accordingly, the Court ORDERS the Trusts to SHOW CAUSE why this matter should not be dismissed for failure to serve the defendant. The Trusts must, by no later than May 6, 2025, file either a response to this order to show cause or file proof of service of process. Failure to timely respond as ordered will result in dismissal of this action without prejudice.

Dated this 22nd day of April, 2025.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2